UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 24-10982

Linda Ellen Feingold                                                                  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing LTD d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                             Bankr. Case No. 24-10982

Linda Ellen Feingold                                                 Chapter 13

       Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 12, 2024 :

| | |
|---|---|
| Joel R. Spivack<br>Law Office of Joel R. Spivack<br>1415 Marlton Pike East<br>Suite 302<br>Cherry Hill, NJ 08034 | Andrew Finberg<br>525 Route 73 South, Suite 200<br>Marlton, NJ 08053 |

                                                                                 By  /s/ Lorenzo Nunez_____
                                                                                          Lorenzo Nunez

xxxxx51561 / 1086509