Certificate Number: 20668-NJ-DE-038262806

Bankruptcy Case Number: 24-10982



20668-NJ-DE-038262806

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2024, at 1:58 o'clock PM EST, Linda Ellen Feingold completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   March 9, 2024             By:     /s/Kathleen B Mills

Name:  Kathleen B Mills

Title:   TEN Financial Educator