Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.:  24−10982−ABA
    Chapter:  13
    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Ellen Feingold
   206 Teaberry Drive
   Cherry Hill, NJ 08034

Social Security No.:
   xxx−xx−8960

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 11, 2024.

Dated: April 11, 2024
JAN: as

            Jeanne Naughton
            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Linda Ellen Feingold  
    Debtor

Case No. 24-10982-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Apr 11, 2024     Form ID: plncf13     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Ellen Feingold, 206 Teaberry Drive, Cherry Hill, NJ 08034-2917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520159562 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 11 2024 20:37:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520160432 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 11 2024 20:37:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 520199591 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 20:48:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520151951 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2024 20:58:36 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520201001 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 11 2024 20:37:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520151954 | ^ | MEBN | Apr 11 2024 20:35:42 | CMG Financial, Attn: Bankruptcy, 3160 Crow Canyon Rd, Ste 400, San Ramon, CA 94583-1382 |
| 520151952 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 20:58:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520151953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2024 21:10:07 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520172185 | | Email/Text: mrdiscen@discover.com | Apr 11 2024 20:37:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520151955 | + | Email/Text: mrdiscen@discover.com | Apr 11 2024 20:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520151956 | + | Email/Text: DSLBKYPRO@discover.com | Apr 11 2024 20:38:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 520159089 | + | Email/Text: DSLBKYPRO@discover.com | Apr 11 2024 20:38:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 520151957 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 11 2024 20:37:00 | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |

| | | | | |
|---|---|---|---|---|
| 520151958 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2024 20:37:00 | Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 520221157 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2024 20:47:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520197669 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2024 20:38:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520151959 | + | Email/Text: bnc@nordstrom.com | Apr 11 2024 20:37:51 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520151960 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2024 20:38:00 | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520213089 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2024 20:37:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520151961 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 11 2024 20:37:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520215852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 11 2024 20:59:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520151962 | + | Email/Text: bankruptcynotices@psecu.com | Apr 11 2024 20:38:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 520151963 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 11 2024 20:37:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 520151964 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 11 2024 20:48:17 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520199718 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520199720 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Apr 11, 2024 | Form ID: plncf13 | Total Noticed: 27

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joel R. Spivack | on behalf of Debtor Linda Ellen Feingold joel@spivacklaw.com admin@spivacklaw.com;r44331@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4