Printed on: 12/31/2024
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-10982 (ABA)

Linda Ellen Feingold
206 Teaberry Drive
Cherry Hill, NJ  08034

Monthly Payment: $350.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/26/2024 | $350.00 | 03/25/2024 | $350.00 | 04/30/2024 | $350.00 | 05/30/2024 | $350.00 |
| 07/08/2024 | $350.00 | 07/31/2024 | $350.00 | 08/30/2024 | $350.00 | 09/30/2024 | $350.00 |
| 11/01/2024 | $350.00 | 12/02/2024 | $350.00 | 12/31/2024 | $350.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | LINDA ELLEN FEINGOLD | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOEL R. SPIVACK, ESQUIRE | 13 | $3,000.00 | $2,836.40 | $163.60 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $5,905.07 | $0.00 | $5,905.07 | $0.00 |
| 2 | CENLAR, FSB | 24 | $3,555.01 | $0.00 | $3,555.01 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $7,623.41 | $0.00 | $7,623.41 | $0.00 |
| 4 | LVNV FUNDING, LLC | 33 | $2,017.25 | $0.00 | $2,017.25 | $0.00 |
| 5 | DISCOVER BANK | 33 | $20,745.71 | $0.00 | $20,745.71 | $0.00 |
| 6 | DISCOVER STUDENT LOANS | 33 | $8,022.35 | $0.00 | $8,022.35 | $0.00 |
| 7 | ACAR LEASING LTD | 28 | $664.99 | $0.00 | $664.99 | $0.00 |
| 8 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | NORDSTROM, INC. | 33 | $24,875.50 | $0.00 | $24,875.50 | $0.00 |
| 10 | Office of the U.S. Trustee | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK, N.A. | 33 | $10,192.13 | $0.00 | $10,192.13 | $0.00 |
| 12 | PSECU | 33 | $28,933.74 | $0.00 | $28,933.74 | $0.00 |
| 13 | STATE OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SYNCHRONY/HSN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JOEL R. SPIVACK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | AMEX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | AMEX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | AMERICAN EXPRESS | 33 | $4,001.58 | $0.00 | $4,001.58 | $0.00 |
| 21 | AMERICAN EXPRESS | 33 | $24,213.49 | $0.00 | $24,213.49 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2024 | 1.00 | $0.00 |
| 04/01/2024 | Paid to Date | $700.00 |
| 05/01/2024 | 58.00 | $350.00 |
| 03/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,850.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $630.00 |
| Arrearages: | ($350.00) |
| Attorney: | JOEL R. SPIVACK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**