Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−10982−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda Ellen Feingold
   206 Teaberry Drive
   Cherry Hill, NJ 08034

Social Security No.:
   xxx−xx−8960

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 10, 2025.

Dated: January 10, 2025
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Linda Ellen Feingold  
    Debtor

Case No. 24-10982-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 10, 2025     Form ID: plncf13     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda Ellen Feingold, 206 Teaberry Drive, Cherry Hill, NJ 08034-2917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2025 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2025 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 10 2025 22:03:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 520159562 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 10 2025 22:03:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520160432 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 10 2025 22:03:00 | ACAR Leasing Ltd. d/b/a GM Financial, P O Box 183853, Arlington, TX 76096-3853 |
| 520199591 | | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 22:08:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520151951 | + | Email/PDF: bncnotices@becket-lee.com | Jan 10 2025 22:07:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520201001 | | Email/Text: BKelectronicnotices@cenlar.com | Jan 10 2025 22:02:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520151954 | ^ | MEBN | Jan 10 2025 21:46:20 | CMG Financial, Attn: Bankruptcy, 3160 Crow Canyon Rd, Ste 400, San Ramon, CA 94583-1382 |
| 520151952 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2025 22:08:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520151953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 10 2025 22:42:38 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520172185 | | Email/Text: mrdiscen@discover.com | Jan 10 2025 22:00:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 520151955 | + | Email/Text: mrdiscen@discover.com | Jan 10 2025 22:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520151956 | + | Email/Text: DSLBKYPRO@discover.com | Jan 10 2025 22:04:00 | Discover Student Loans, Attn: Bankruptcy, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 520159089 | + | Email/Text: DSLBKYPRO@discover.com | Jan 10 2025 22:04:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |

Case 24-10982-ABA   Doc 34   Filed 01/12/25   Entered 01/13/25 00:26:26   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: plncf13 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520151957 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 10 2025 22:03:00 | | Gm Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 520151958 | | Email/Text: sbse.cio.bnc.mail@irs.gov Jan 10 2025 22:02:00 | | Internal Revenue Service, Special Procedures Branch, Bankruptcy Section, PO Box 724, Springfield, NJ 07081-0724 |
| 520221157 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 10 2025 22:07:38 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520197669 | + | Email/Text: JCAP_BNC_Notices@jcap.com Jan 10 2025 22:04:00 | | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520151959 | + | Email/Text: bnc@nordstrom.com Jan 10 2025 22:02:48 | | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520151960 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2025 22:04:00 | | Office of the U.S. Trustee, District of New Jersey, U.S. Department of Justice, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520213089 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 10 2025 22:00:00 | | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520151961 | | Email/Text: Bankruptcy.Notices@pnc.com Jan 10 2025 22:00:00 | | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 520215852 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2025 22:08:10 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520151962 | + | Email/Text: bankruptcynotices@psecu.com Jan 10 2025 22:05:00 | | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 520151963 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Jan 10 2025 22:01:00 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 269, Trenton, NJ 08695-0269 |
| 520151964 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jan 10 2025 22:07:44 | | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520199718 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520199720 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2025          Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 10, 2025 | Form ID: plncf13 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joel R. Spivack | on behalf of Debtor Linda Ellen Feingold joel@spivacklaw.com  admin@spivacklaw.com;r44331@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6