B 2100A (Form 2100A) (12/15)

**FILED**
JEANNE A. NAUGHTON, CLERK
FEB 04 2025
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
/s/ DEPUTY

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Linda Ellen Feingold                     ,        Case No.  24-10982

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| OSLT | Discover Student Loans |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Firstmark Services
  PO Box 82522
  Lincoln, NE 68501

Court Claim # (if known):  1-1
Amount of Claim:  $8,022.35
Date Claim Filed:  02/09/2024

Phone:  888-538-7378
Last Four Digits of Acct #:  8960

Phone:  800-618-1621
Last Four Digits of Acct. #:  1000

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /S/ *Alyssa Faubion*                    Date: 11/12/2024
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Generated: Feb 4, 2025 11:18AM                                                                                              Page 1/1

# U.S. Bankruptcy Court

## New Jersey Bankruptcy - Camden

Receipt Date: Feb 4, 2025 11:18AM

Firstmark Services
121 S. 13th Street
Lincoln, NE 68508

| Rcpt. No: 40001042 | | Trans. Date: Feb 4, 2025 11:18AM | | | Cashier ID: #LM |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| TCNW | Transfer of Clai | 24-10982-ABA | 1 | 28.00 | 28.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #352068 | 02/4/2025 | $28.00 |
| | | | Total Due Prior to Payment: | $28.00 |
| | | | Total Tendered: | $28.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Judge:** ABA **Case:** 24-10982-ABA

**Debtor:** Linda Ellen Feingold

**341 Meeting:** Thursday 7th of March 2024 at 11:00 AM

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.